GRANTWOOD LUMBER AND SUPPLY COMPANY, PLAINTIFF IN ERROR, v. JOHN L. ABBOTT ET AL., DEFENDANTS IN ERROR.

Argued June 22, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 564.

For the plaintiff in error, *Mackay & Mackay.*

For the defendants in error, *Weller & Lichtenstein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ.    10.

*For reversal*—None.